**LOKER LAW, APC**
Matthew M. Loker (279939)
matt@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorney for Plaintiff,*
David Oelfke

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| DAVID OELFKE, | Case No.: 3:24-cv-02019-W-VET |
|---|---|
| Plaintiff, | |
| v. | **PROOF OF SERVICE OF SUMMONS RE: DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| COMENITY CAPITAL BANK; AND EXPERIAN INFORMATION SOLUTIONS, INC., | **HON. THOMAS J. WHELAN** |
| Defendants. | |

# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## Southern District of California

Case Number: 24CV02019-W-VET

Plaintiff:
**David Oelfke**

vs.

Defendant:
**Comenity Capital Bank**

For:
Matthew M. Loker, Esq.
Loker Law, APC
1303 East Grand Avenue
Suite 101
Arroyo Grande, CA 93420

Received by Sano Attorney Service to be served on **Experian Information Solutions, Inc., 330 N. Brand Blvd., Suite 700, Glendale, CA 91203**.

I, John Griego, do hereby affirm that on the **30th day of October, 2024** at **7:39 am, I:**

served a **CORPORATION**, pursuant to Rule 4 of the Federal Rules of Civil Procedure, by delivering a true copy of the **Summons; Complaint; Civil Case Sheet** to: **CT Corporation System, Agent for Service, Sarai Marin Authorized Person,** at the address of: **330 N. Brand Blvd., Suite 700, Glendale, CA 91203**, and informed said person of the contents therein, in compliance with state statutes.

**John Griego**
.2024158608

**Sano Attorney Service**
**P.O. Box 1568**
**Riverside, CA 92502**
**(909) 425-2248**

Our Job Serial Number: SNO-2024006938
Ref: Oelfke v. Experian Information
Service Fee: $75.00

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

