**LOKER LAW, APC**
Matthew M. Loker (279939)
matt@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorney for Plaintiff,*
David Oelfke

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID OELFKE,**<br><br>Plaintiff,<br><br>**v.**<br><br>**COMENITY CAPITAL BANK; AND EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendants. | **Case No.:** 3:24-cv-02019-W-VET<br><br>**PROOF OF SERVICE OF SUMMONS RE: DEFENDANT COMENITY CAPITAL BANK**<br><br>**HON. THOMAS J. WHELAN** |

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of California

Case Number: 24CV02019-W-VET

Plaintiff:
**David Oelfke**

vs.

Defendant:
**Comenity Capital Bank**

For:
Matthew M. Loker, Esq.
Loker Law, APC
1303 East Grand Avenue
Suite 101
Arroyo Grande, CA 93420

Received by Sano Attorney Service to be served on **Comenity Capital Bank, 1108 E. South Union Ave., Midvale, UT 84047**.

I, Chasity Corrao-Blount, do hereby affirm that on the **31st day of October, 2024** at **12:07 pm, I:**

served a **BUSINESS ENTITY** by delivering a true copy of the **Summons; Complaint; Civil Case Cover Sheet** with the date and hour of service endorsed thereon by me, to: **CT Corp - Authorized Agent; Dani Snow** as **Authorized person** for **Comenity Capital Bank**, at the address of: **1108 E. South Union Ave., Midvale, UT 84047**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

**Chasity Corrao-Blount**
PI# A132251

**Sano Attorney Service**
**P.O. Box 1568**
**Riverside, CA 92502**
**(909) 425-2248**

Our Job Serial Number: SNO-2024006956
Ref: Oelfke v. Comenity Capital Bank
Service Fee: $145.00

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a