**LOKER LAW, APC**
Nicholas J. Enns (356855)
nick@loker.law
Telephone: (805) 222-0406
132 Bridge Street
Arroyo Grande, CA 93420

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID OELFKE,<br><br>Plaintiff,<br><br>v.<br><br>COMENITY CAPITAL BANK; AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | **Case No.:** 3:24-cv-02019-W-VET<br><br>**NOTICE OF APPEARANCE OF NICHOLAS J. ENNS ON BEHALF OF PLAINTIFF DAVID OELFKE**<br><br>**HON. THOMAS J. WHELAN** |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the following attorney hereby states their appearance as Co-Counsel for Plaintiff DAVID OELFKE.

Nicholas J. Enns (356855)
LOKER LAW, APC
132 Bridge Street
Arroyo Grande, CA 93420

Date: February 4, 2025                                           **LOKER LAW, APC**

                                                  By: ___/s/ Nicholas J. Enns___
                                                               Nicholas J. Enns, Esq.
                                                               Attorney For Plaintiff

# CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Appearance by Nicholas J. Enns on behalf of Plaintiff David Oelfke* has been filed on February 4, 2025, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                  /s/ NICHOLAS J. ENNS
                                                    NICHOLAS J. ENNS, ESQ.