**LOKER LAW, APC**
Matthew M. Loker (279939)
matt@loker.law
Telephone: (805) 994-0177
Nicholas J. Enns (356855)
nick@loker.law
Telephone: (805) 222-0406
132 Bridge Street
Arroyo Grande, CA 93420

**LAW OFFICE OF ALBERT R. LIMBERG**
Albert R. Limberg, Esq. (211110)
alimberg@limberglawoffice.com
3667 Voltaire Street
San Diego, CA 92106
Telephone: (619) 344-8667
Facsimile: (619) 344-8657

*Attorneys for Plaintiff,*
DAVID OELFKE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**DAVID OELFKE,**

Plaintiff,

v.

**COMENITY CAPITAL BANK; AND EXPERIAN INFORMATION SOLUTIONS, INC.,**

Defendants.

**Case No.:** 3:24-cv-02019-W-VET

**JOINT MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**

**HON. THOMAS J. WHELAN**

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

Plaintiff DAVID OELFKE ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., by and through their undersigned counsel, respectfully submit this Joint Motion for Dismissal pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

Plaintiff and EXPERIAN INFORMATION SOLUTIONS, INC. hereby jointly move to dismiss EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Date: June 3, 2025 **LOKER LAW, APC**

BY: /S/ MATTHEW M. LOKER
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**JONES DAY**

By: /s/ KRISTEN SMITH
KRISTEN SMITH, ESQ.
ATTORNEY FOR DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: June 3, 2025 **LOKER LAW, APC**

/S/ MATTHEW M. LOKER
MATTHEW M. LOKER, ESQ.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**CERTIFICATE OF SERVICE**

A copy of the foregoing *Plaintiff David Oelfke's Joint Motion to Dismiss Defendant Experian Information Solutions, Inc. With Prejudice* has been submitted on June 3, 2025 to all defense counsel of record via e-mail.

___/S/ MATTHEW M. LOKER___
MATTHEW M. LOKER, ESQ.