**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DAVID OELFKE,

Plaintiff,

v.

COMENITY CAPITAL BANK, et al.,

Defendants.

Case No.: 24-CV-2019 W (VET)

**ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE [DOC. 29]**

Pending before the Court is the parties' joint motion to dismiss Defendant Experian Information Solutions, Inc. with prejudice. Defendant Experian Information Solutions, Inc. is the only remaining defendant in the case. Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the joint motion [Doc. 29] and **ORDERS** Defendant Experian Information Solutions, Inc. and the case **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: June 3, 2025

Hon. Thomas J. Whelan
United States District Judge